IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL K. THOMAS,             )
                              )
     Plaintiff,               )
                              )
                              )   CIVIL ACTION NO.
     v.                       )    2:15cv470-MHT
                              )        (WO)
DR. RAHMING, et al.,          )
                              )
     Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about the quality of medical care he has received in prison for an elevated pulse rate and chest pains.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed due to plaintiff's failure to comply with court orders and apparent abandonment of his claim.  There are no objections to the recommendation.  After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of January, 2016.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**